UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61906-CIV-DIMITROULEAS

ROBERT CONCEPCION,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendant.

_____/

### ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 45], filed herein on August 13, 2021. The Court has carefully reviewed the Stipulation [DE 45] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 45] is **APPROVED**;
2. This case is hereby **DISMISSED WITH PREJUDICE**.
3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 16th day of August, 2021.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided:

Counsel of record